UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Criminal No.: 07-184-JDB<br>)<br>)<br>)<br>)<br>) |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.2, I, Willard K. Tom, a member in good standing of the Bar of this Court, hereby move the Court to admit John H. Hemann for the limited purpose of appearing and participating in the above-captioned action on behalf of the defendant, Korean Air Lines Co., Ltd. In support of this Motion, I represent as follows:

1. Mr. Hemann is a partner with the law firm of Morgan, Lewis & Bockius LLP, resident in its San Francisco office located at One Market, Spear Street Tower, San Francisco, CA, 94105.

2. Mr. Hemann is a member in good standing of the Bars of the State of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Northern, Central, Eastern and Southern Districts of California.

3. Mr. Hemann is not now, nor has he ever been, suspended or disbarred from any Bar or court. Mr. Hemann has never been disciplined by any bar or court.

4. Mr. Hemann has never been admitted *pro hac vice* in this Court.

6. The Declaration of Mr. Hemann attesting to the foregoing is appended hereto as Exhibit 1.

7. On August 7, 2007, Brent Snyder, attorney for the United States, was consulted to obtain his position on the instant motion. Mr. Snyder indicated that there was no opposition to this motion.

**WHEREFORE**, I respectfully move for the admission of John H. Hemann for the limited purpose of appearing and participating in the above-captioned action.

Respectfully submitted,

/s/Willard K. Tom
Willard K. Tom (# 297564)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20036
(202) 739-3000 (t)
(202) 739-3001 (f)

Attorneys for Korean Air Lines Co., Ltd.

Dated: August 9, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No.: 07-184-JDB |
| | ) |
| KOREAN AIR LINES CO., LTD., | ) |
| | ) |
| Defendant. | ) |

**Proposed Order**

IT IS ORDERED that the applicant herein, John H. Hemann, may appear as requested in the above-captioned matter.

_____
The Honorable John D. Bates

DATED: August ___, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD.,<br><br>Defendant. | Criminal No.: 07-184-JDB |

### Declaration of John H. Hemann

1. My name is John H. Hemann.  I am a partner with the law firm Morgan Lewis & Bockius LLP.  My office is located at One Market, Spear Street Tower, San Francisco, CA, 94105.  My telephone number is (415) 442-1355.

2. I am a member in good standing of the Bars of the State of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Northern, Central, Eastern and Southern Districts of California.

3. I have never been disbarred or suspended from any bar or court.

4. I have never been disciplined by any bar or court.

5. I have never been admitted *pro hac vice* in this Court.

6. I engage in the practice of law from an office located in San Francisco, C.A.

I declare the penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true

and correct to the best of my knowledge, information, and belief.


                         /s/ John H. Hemann
                         John H. Hemann

Date:  August 9, 2007

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by first class mail on this 9th day of August upon the following:

        Brent Snyder, Esq.
        United States Department of Justice, Antitrust Division
        National Criminal Enforcement Section
        1401 H Street, N.W.
        Washington, D.C.
        20530

        Attorney for the United States


        /s/Willard K. Tom
        Willard K. Tom