UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 07-184 |
| ) | |
| KOREAN AIRLINES CO., LTD ) | |
| ) | |

**FILED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **Kyung H. Chang**, on behalf of the above-named defendant, who is accused of

Conspiracy To Restrain Trade; 15 USC 1
Conspiracy To Restrain Trade; 15 USC 1

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **August 23, 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____ Kyung H. Chang
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates