CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 07-184
)
KOREAN AIRLINES CO., LTD )

**FILED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant ( Kyung H. Chang )

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____      Date: August 23, 2007
Judge John D. Bates